## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLORADO

| | |
|---|---|
| **REIGNTEK IP LLC,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**WOWZA MEDIA SYSTEMS LLC,**<br><br>      **Defendant.** | **No. 1:18-cv-2798-NYW** |

### UNOPPOSED MOTION TO EXTEND TIME TO FILE ANSWER OR OTHERWISE RESPOND

Plaintiff Reigntek IP LLC submits this Unopposed Motion To Extend Time to File Answer or Otherwise Respond. The purpose of this extension is to allow Defendant additional time to evaluate claims made by Plaintiff. Accordingly, Reigntek IP LLC requests the court grant Defendant an additional 30 days up to and including December 26, 2018 to file an answer or otherwise respond to Plaintiff's Original Complaint. This extension is not sought for the purpose of delay. No party will be prejudiced by this brief extension.

Dated: November 20, 2018                    Respectfully submitted,

/s/ *Jay Johnson*
**Jay Johnson**
KIZZIA JOHNSON PLLC
1910 Pacific Ave.
Suite 13000
Dallas, TX 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on November 20, 2018.

/s/ *Jay Johnson*
JAY JOHNSON

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Plaintiff certifies that he met and conferred with counsel for Defendant on November 20, 2018 and that Defendant does not oppose this motion.

*/s/ Jay Johnson*
JAY JOHNSON